A & S TRANSPORTATION COMPANY v. MODERN TRANSPORTATION COMPANY v. HARTFORD ACCIDENT AND INDEMNITY COMPANY AND MIDLAND INSURANCE COMPANY.

January 14, 1985.

Petitions for certification denied.

J. MARTIN COOK AND PETER G. ROMEO v. ANTHONY J. VICHETO AND DOMINIC F. NAPPI AND FRANK A. MATTEI.

DENISE RADZIWILL, DONALD J. MANN v. DOMINIC F. NAPPI AND FRANK A. MATTEI.

January 14, 1985.

Petition for certification denied.

MARTIN M. WEISBERG v. LEONARD FANE, T/A L.L. FANE & COMPANY.

January 14, 1985.

Petition for certification denied.

HILLCREST MANOR NURSING HOME v. NEW JERSEY DEPARTMENT OF HEALTH, DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES.

January 14, 1985.

Petition for certification denied.